IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JANICE STANFORD AS THE PERSONAL REPRESENTATIVE OF THE ESTATE OF **CLEATIS STANFORD** DECEASED,<br><br>*Plaintiff*,<br><br>v.<br><br>**SYNGENTA CROP PROTECTION LLC, SYNGENTA AG, and CHEVRON U.S.A., INC.**,<br><br>*Defendants*. | Case No. 3:21-pq-1381 |

## NOTICE OF VOLUNTARY DISMISSAL
## PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Janice Stanford, as the personal representative of the estate of Cleatis Stanford, hereby gives notice that the above-captioned matter is voluntarily dismissed without prejudice as to all defendants.

Dated: February 18, 2022

Respectfully submitted,

**FEARS NACHAWATI, PLLC**

By:   */s/Gibbs C. Henderson*
GIBBS C. HENDERSON
5489 Blair Road
Dallas, TX 75231
(214) 890-0711
ghenderson@fnlawfirm.com
Attorney for Plaintiff